LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
ANGELA N. OCHOA, ESQ.
Nevada Bar No. 10164
9900 Covington Cross Drive, Ste. 120
Las Vegas, Nevada 89144
(702) 382-1500 phone
(702) 382-1512 fax
jgarin@lipsonneilson.com
aochoa@lipsonneilson.com

*Attorneys for Defendant,*
*Desimone Gaming Inc. dba*
*Railroad Pass Casino*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LONDA KERNER, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>DESIMONE GAMING INC. DBA RAILROAD PASS CASINO, a Domestic Limited-Liability Company, DOES I -X; and ROE CORPORATIONS I -X.<br><br>Defendant. | Case No: 2:23-cv-01784-APG-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff LONDA KERNER by and through her counsel of record, HKM EMPLOYMENT ATTORNEYS, LLP, and Defendant DESIMONE GAMING, INC. DBA RAILROAD PASS CASINO, by and through its counsel of record, LIPSON NEILSON P.C, hereby stipulate and agree as follows:

///

///

///

///

IT IS HEREBY STIPULATED AND AGREED that the Complaint in this case is dismissed with prejudice, with each party to bear its or her own attorney's fees and costs.

The parties respectfully request the court enter an Order approving this stipulation.

DATED this 13th day of May, 2024.         DATED 13th this day of May, 2024.

**HKM EMPLOYMENT ATTORNEYS, LLP**         **LIPSON NEILSON P.C.**

/s/ Dana Sniegocki                        /s/ Angela N. Ochoa
_____           _____
DANA SNIEGOCKI- Bar No. 11715             JOSEPH P. GARIN, Esq. - Bar No. 6653
101 Convention Center Dr., Suite 600      ANGELA N. OCHOA, Esq. - Bar No. 10164
Las Vegas, NV 89109                       9900 Covington Cross Drive, Suite 120
Tel: (702) 805-8340                       Las Vegas, NV 89144
Fax: (702) 805-8340                       Tel: (702) 382-1500
dsniegocki@hkm.com                        Fax: 702) 382-1512
                                          jgarin@lipsonneilson.com
*Attorneys for Plaintiff Londa Kerner*    aochoa@lipsonneilson.com

                                          *Attorneys for Defendant Desimone Gaming Inc. dba Railroad Pass Casino*

*Kerner v. Desimone Gaming Inc., dba Railroad Pass Casino*
Case No. 2:23-cv-01784-APG-DJA

**ORDER**

Based on the foregoing Stipulation by and between the Parties, and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear its or her own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: May 14, 2024            .

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE